**SO ORDERED.**



# T I F F A N Y  &  B O S C O
### ———— P.A. ————

**2525 E. CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-03231/0072986664

**Dated: August 10, 2009**

_____
**REDFIELD T. BAUM, SR
U.S. Bankruptcy Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF ARIZONA

IN RE:

Linda Sue Huey
            Debtor.
_____

Wells Fargo Bank, N.A.

            Movant,

        vs.

Linda Sue Huey, Debtor;
Russell A. Brown, Trustee.

            Respondents.

No. 2:08-bk-14456-RTB

Chapter 13

(Related to Docket # 23)

**ORDER APPROVIONG
STIPULATION REGARDING
MOTION FOR RELIEF**

RE:  Real Property Located at
3013 West Ross Avenue
Phoenix, AZ 85027

        IT IS HEREBY ORDERED by and between the parties herein, through counsel undersigned,

that all stays and injunctions, including the automatic stays under U.S. Bankruptcy Code Section 362(a),

are hereby vacated with respect to the real property which is the subject of the Deed of Trust recorded in

the records of the Maricopa County, Arizona Recorder's Office, wherein Linda Sue Huey, is designated

as trustor and Wells Fargo Bank, N.A. is the current beneficiary, which Deed of Trust encumbers the

following described real property:

LOT 15B, OF SUNCREST VILLAS, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 239 OF MAPS, PAGE 30.

IT IS FURTHER ORDERED that the debtor will cure the post-petition arrearages currently due as follows:

| | |
|---|---|
| 3 Monthly Payments at $1,002.56<br>(May 1, 2009 to July 1, 2009) | $3,007.68 |
| 2 Late Charges at $44.32 each<br>(May 16, 2009 to June 16, 2009) | $   88.64 |
| Motion for Relief filing fee | $  150.00 |
| Bankruptcy Attorney Fees Due | $  800.00 |
| Less Debtor's Suspense Balance of | <$241.76> |
| Total amount due | $3,804.56 |

1.     The total arrearage above in the amount of $3,804.56 shall be paid in six (6) monthly installments of $634.10.  These payments shall be in addition to the regular monthly payment and shall be due on or before the 15th day of the month commencing with the August 15, 2009 payment and continuing throughout and concluding on or before January 15, 2010.

2.     In addition to the payment listed in Paragraph 1, the Debtor will make the regular post-petition payment due for **August 1, 2009 (Coming Due),** which shall be made when due, and all subsequent payments shall be made when due.

IT IS FURTHER ORDERED that Wells Fargo Bank, N.A. as the current beneficiary under the above described Deed of Trust, agrees not to conduct a Trustee's Sale or judicial "foreclosure" on its Deed of Trust, so long as the terms of this Order are complied with.  In the event of default in making any payments described herein Secured Creditor is permitted, in its discretion, to conduct a Trustee's Sale, judicial foreclosure, or take whatever other actions necessary to protect their interest in the above

legally described property upon giving written notice of such default to Debtor, Debtor's Counsel and Trustee and Debtor's failure to cure such default within fifteen (15) days of the date of such notice.  In the event said default is not cured within said fifteen (15) day period, all arrearages, both pre-petition and post-petition shall become immediately due and payable in full and pre-petition arrearages shall not continue to be payable under the terms of the Plan.

IT IS FURTHER ORDERED that if a default notice becomes necessary, Debtor will be charged $150.00 for fees and costs associated with handling the curing of the default, to be paid together with the defaulted payment and late charge.  Debtor shall tender the default payment, late charge and the additional $150.00 fee for attorney's fees and costs, as set forth above, in the form of a cashier's check or money order, made payable to Movant.  If the defaulted payments are not received by Movant, together with the late charge and the $150.00 default fee, within fifteen days after the default notice was sent, all arrearages, both pre-petition and post-petition shall become immediately due and payable in full and pre-petition arrearages shall not continue to be payable under the terms of the plan.

IT IS FURTHER ORDERED that if Debtor Bankruptcy Case No. 2:08-bk-14456-RTB is dismissed, either voluntary or involuntary, for any reason, this Order will become null and void and Wells Fargo Bank, N.A., and after such dismissal, may, in its discretion, conduct a Trustee's Sale or judicial "foreclosure" on its Deed of Trust or take whatever other actions necessary to protect their interest in the above legally described property.

IT IS FURTHER ORDERED that in the event of conversion by the Debtor to any other bankruptcy chapter, the repayment portion of this Order shall become null and void, except that the portion of this Order vacating the automatic stay under U.S. Bankruptcy Code Section 362 (a) shall remain in full force and effect.

IT IS FURTHER ORDERED that any hearings scheduled in the matter are vacated.

DATED this _____ day of _____ 2009.


_____
United States Bankruptcy Court Judge

# CERTIFICATE OF NOTICE

The following entities were noticed by first class mail on Aug 14, 2009.
aty           +MARK 6 BOSCO,   TIFFANY & BOSCO,   2525 EAST CAMELBACK ROAD, STE 300,   PHOENIX, AZ 85016-9240

The following entities were noticed by electronic transmission.
NONE.                                                                                     TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 14, 2009**                    **Signature:**